1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    ANTHONY SIMRIL, AE9592,              )
                                          )
10                  Plaintiff(s),         )        No. C 13-1792 CRB (PR)
                                          )
11          vs.                           )        ORDER OF TRANSFER
                                          )
12   DANIEL PARAMO, Warden, et al.,       )        (Docket # 5)
                                          )
13                  Defendant(s).         )
     _____ )

14

15          Plaintiff, a prisoner at the R. J. Donovan Correctional Facility, has filed a pro se

16   complaint under 42 U.S.C. § 1983 alleging inadequate medical care.  A substantial part

17   of the events or omissions giving rise to the claim(s) occurred, and the defendants

18   named reside, in San Diego County, which lies within the venue of the Southern District

19   of California.  See 28 U.S.C. § 84(d).   Venue therefore properly lies in the Southern

20   District.  See id. § 1391(b).

21          Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28

22   U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for

23   the Southern District of California.

24          The clerk shall transfer this matter and terminate all pending motions as moot.

25   SO ORDERED.

26   DATED:  May 20, 2013
                                          _____
27                                        CHARLES R. BREYER
                                          United States District Judge

28   G:\PRO-SE\CRB\CR.13\Simril, A.13-1792.transfer.wpd